NO. 27953

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FILED 2010 JUL 21 PM 2:47 K.HAMAKADO CLERK, APPELLATE COURTS STATE OF HAWAII

CITY BANK, Plaintiff/Counterclaim-Defendant/Appellee, v. ARTEMIO MARCOS ABAD, INDIVIDUALLY AND AS TRUSTEE OF THE ARTEMIO M. ABAD REVOCABLE TRUST; GLORIA PASCUA ABAD, INDIVIDUALLY AND AS TRUSTEE OF THE GLORIA P. ABAD REVOCABLE TRUST; JENNIFER ABAD, Defendants/Cross-Claim Defendants/Appellants, and FINANCE FACTORS, LIMITED, Defendant/Cross-claimant/Counterclaimant/Appellee; DIRECTOR OF BUDGET AND FISCAL SERVICES, CITY AND COUNTY OF HONOLULU, Defendants/Cross-Claim Defendants/Appellees; and FELIX PASCUA; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS, DOE "NON-PROFIT" CORPORATIONS 1-10, and DOE GOVERNMENTAL UNITS 1-50, Defendants; and FINANCE FACTORS, LIMITED, Third-Party Plaintiff-Appellee, v. AMERICAN GENERAL FINANCE, INC., Third-Party Defendant-Appellee, and ERLINDA GONZALES and WILSON U. PASCUA, individually and doing business as HONLAND REALTY, Third-Party Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(Civ. No. 01-1-0995)

ORDER DENYING THE MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of "Appellants' Motion for Reconsideration of Order Granting Request for Attorney's Fees and in the Adjusted Amount for Attorney's Costs, Filed June 29, 2010" (Motion for Reconsideration) submitted by Gary Victor Dubin, on behalf of Defendant-Appellants Artemio Marcos Abad, individually and as trustee of the Artemio M. Abad Revocable Trust, Gloria Pascua Abad, individually and as Trustee of the Glora P. Abad

Revocable Trust, and Jennifer Abad, HRS §§ 607-14 and 607-9, Hawai'i Rules of Appellate Procedure Rule 39, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, July 21, 2010.

_Daniel R. Foley_
Presiding Judge

_[signature]_
Associate Judge

_[signature]_
Associate Judge

-2-